**Order entered February 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01186-CV

### CIBIL KURIAKOSE VADACKANETH, Appellant

### V.

### SEENA SEBASTIAN ASARIYATH A.K.A SEENA MATHEW, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-02263**

## ORDER

Before the Court is appellant's February 12, 2020 motion for an extension of time to file his corrected brief on the merits and appellee's response to the motion. We **GRANT** the motion. We **ORDER** appellant's second amended and corrected brief tendered to this Court on February 10, 2020 filed as of the date of this order.

Appellee shall file her brief on the merits **within thirty days** of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE